■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ORTIZ, Appellant. [709 NYS2d 395] —Judgment, Supreme Court, New York County (Marcy Kahn, J.), rendered June 19, 1998, convicting defendant, after a jury trial, of grand larceny in the fourth degree and criminal possession of stolen property in the fifth degree, and sentencing him, as a second felony offender, to concurrent terms of 1³/₄ to 3¹/₂ years and 1 year, unanimously affirmed.

The verdict was not against the weight of the evidence. The testimony fully supported the inference that defendant took the property from the complainant's backpack, and there was no evidence supporting a theory that defendant found the property after it accidentally fell out of the backpack.

The court properly declined to submit to the jury the lesser included offense of petit larceny. Without resort to speculation, the jury would have had no basis upon which to convict defendant of petit larceny but not grand larceny. Concur—Tom, J. P., Ellerin, Lerner, Andrias and Saxe, JJ.

■ In the Matter of PABLO M., a Person Alleged to be a Juvenile Delinquent, Appellant. [708 NYS2d 616] —Order of disposition, Family Court, Bronx County (Alma Cordova, J.), entered on or about November 9, 1998, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that appellant committed acts which, if committed by an adult, would constitute the crimes of sodomy in the first degree (two counts) and sexual abuse in the first degree (four counts), and placed him on probation for two years, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis upon which to disturb the court's determinations concerning credibility. Concur—Tom, J. P., Ellerin, Lerner, Andrias and Saxe, JJ.